UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR 12-1135 RGK-14 |
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| v. | ) | (Fed.R.Crim.P. 32.1(a)(6) |
| Carlos Delgado | ) | 18 U.S.C. § 3143(a) |
| Defendant. | ) | · Allegations of Violations of Probation/Supervised Release Conditions) |

On arrest warrant issued by the United States District Court for the Central District of Ca involving alleged violations of conditions of probation/supervised release:

1. The court finds that no condition or combination of conditions will reasonably assure:

    A. ( ✓ ) the appearance of defendant as required; and/or

    B. ( ✓ ) the safety of any person or the community.

///
///
///
///
///
///

2. The Court concludes:

A. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to pose a risk to the safety of any other persons or the community. Defendant poses a risk to the safety of other persons or the community based on:

See PSA report

B. ( ✓ ) Defendant has failed to demonstrate by clear and convincing evidence that he is not likely to flee if released. Defendant poses a flight risk based on:

See PSA report

IT IS ORDERED that defendant be detained.

DATED: 1-16-19

Frederick F. Mumm
United States Magistrate Judge