
FILED
CLERK, U.S. DISTRICT COURT
JUL - 5 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 12-01135-RGK-14 |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |
| v. | |
| CARLOS DELGADO, | |
| Defendant. | |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) (X) the safety of any person or the community.

//
//

The court concludes:

A. [X] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will comply w/ conditions of release. Also, Defendants history of substance abuse + criminal history present danger._

(B) [X] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply w/ conditions of release. Also, defendants failure to report + substance abuse make him a flight risk._

IT IS ORDERED that defendant be detained.

DATED: 7-5-19

_/s/ Suzanne H. Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE